Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search Back Location : All Courts Help

# REGISTER OF ACTIONS
## CASE NO. 98533-CV

**Timothy Fox vs. The Lincoln National Life Insurance Company** § § § § §

Case Type: **Contract - Other**
Date Filed: **09/05/2018**
Location: **149th District Court**

### PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| **Defendant** | **The Lincoln National Life Insurance Company** | |
| **Plaintiff** | **Fox, Timothy** | **Patrick B. Larkin**<br>*Retained*<br>281-412-7500(W) |

### EVENTS & ORDERS OF THE COURT

| | OTHER EVENTS AND HEARINGS | | |
|---|---|---|---|
| 09/05/2018 | **Original Petition (1-10 Plaintiffs) (OCA)** | | |
| 09/05/2018 | **Case Information Sheet** | | |
| 09/05/2018 | **Request** | | |
| 09/05/2018 | **Docket Sheet** | | |
| 09/07/2018 | **Citation** | | |
| | The Lincoln National Life Insurance Company | Served | 09/10/2018 |
| 09/07/2018 | **Request** | | |
| 09/07/2018 | **Receipt** | | |
| 09/13/2018 | **Service Returned** | | |

EXHIBIT

1