Filed for Record
9/5/2018 12:59 PM
Rhonda Barchak, District Clerk
Brazoria County, Texas
98533-CV
Lauren Alesna, Deputy

**CAUSE NO. 98533-CV**

| | | |
|---|---|---|
| **TIMOTHY FOX,** | § | **IN THE DISTRICT COURT** |
| *PLAINTIFF* | § | |
| | § | |
| **V.** | § | **OF BRAZORIA COUNTY, TEXAS** |
| | § | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | § | |
| | § | |
| | § | |
| *DEFENDANT* | § | **_____JUDICIAL DISTRICT** |
| | § | |

**PLAINTIFF'S ORIGINAL PETITION**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Plaintiff Timothy Fox, hereinafter called Plaintiff, and files this Original Petition complaining of and about the actions of Defendant The Lincoln National Life Insurance Company, hereinafter called Defendant, and in support thereof would respectfully show as follows:

## I. DISCOVERY

1. Discovery in this matter will be conducted pursuant to Level 2 of Texas Rule of Civil Procedure 190.3 because this suit is not governed by Texas Rule of Civil Procedure 190.2 or 190.4.

## II. PARTIES AND SERVICE

2. Plaintiff is Timothy Fox. Plaintiff is a resident of Brazoria County, Texas.

3. Defendant The Lincoln National Life Insurance Company ("LINCOLN") is a foreign corporation authorized to do business in the State of Texas and engages or has engaged in business in this state, but does not maintain a regular place of business or a designated agent for service of process. This lawsuit arises out of the business done in this state and to which said

EXHIBIT
2

POOR ORIGINAL

Defendant is a party. Therefore, under section 17.044 of the Texas Civil Practice and Remedies Code, substituted service on Defendant should be made by serving the Secretary of State of Texas, Statutory Documents Section, Citations Unit, P.O. Box 12079, Austin, Texas 78711-2079, and forwarded to Defendant's service office at 8801 Indian Hills Drive, Omaha, Nebraska 68114-4066.

## III. JURISDICTION AND VENUE

4. Venue is proper in this case in that Plaintiff's residence is in Brazoria County, Texas, and the insurance contract complained of was executed in Brazoria County, Texas. Therefore, the acts, events, and/or omissions, or substantial part thereof, giving rise to this lawsuit occurred in Brazoria County, Texas. The damages in question exceed the minimum jurisdictional limits of the Court. Thus, venue and jurisdiction is proper in this case.

## IV. FACTUAL BACKGROUND

5. Plaintiff is the beneficiary of a long-term disability insurance policy issued by Defendant LINCOLN.

6. In 2015, Plaintiff filed a claim with Defendant LINCOLN to receive benefits under the total disability provision of his policy. Plaintiff suffers from debilitating injuries to both knees, shoulders, and spine. The total disability provision of the policy states that to be totally disabled the insured cannot perform the main duties of any gainful occupation for which the insured's training, education, or experience will reasonably allow. Plaintiff's injuries do not allow him to perform any kind of work, let alone the field that he is trained in.

7. Defendant LINCOLN approved the claim for an initial twenty-four month period, and subsequently paid benefits. After the initial period elapsed, Defendant LINCOLN made the decision to terminate Plaintiff's disability benefits because it was their "determination" that he was no longer totally disabled. However, Plaintiff's medical conditions had not improved at any point during the

initial benefits period. Plaintiff subsequently filed two appeals with Defendant LINCOLN. Both were denied. All conditions precedent have been performed prior to filing this lawsuit.

8. Defendant LINCOLN's independent physician contends that Plaintiff is able to obtain employment in a position that requires sedentary activity. However, Plaintiff's attending physician renders a different opinion that Plaintiff is in fact totally disabled.

## V. CAUSES OF ACTION

### *A. Breach of Duty of Good Faith and Fair Dealing*

9. As stated above, there existed an insurance contract between the Plaintiff-insured and the Defendant-insurer. This created a duty of good faith and fair dealing, a duty that Defendant breached when it denied payment when liability was reasonably clear.

10. The insurance contract clearly covered debilitations and impairments such as the debilitations and impairments at issue. Defendant knew or should have known that coverage of the claim was reasonably clear, but still denied payment.

11. The insurer's breach proximately caused the insured's damages, as Plaintiff was forced to pay out-of-pocket for costs that Defendant is liable for under the insurance policy.

12. Because of Defendant's intentional and wrongful denial of payment, Plaintiff seeks the benefits under the insurance contract, as well as exemplary damages, prejudgment and post judgment interest, court costs, and attorney's fees.

### *B. Breach of Insurance Contract*

13. Plaintiff is the beneficiary of a long-term disability insurance policy issued by Defendant LINCOLN. Policy number 00085000813900000 covered Plaintiff until January 7, 2017 for disabilities such as the ones at issue in this case. Defendant LINCOLN breached the contract by failing to perform its contractual obligation when Defendant LINCOLN failed to

provide long term disability benefits as a result of Plaintiff's total disability status.

## VI. DAMAGES

14. As a direct and proximate result of the occurrence made the basis of this claim, Plaintiff was caused to suffer financial loss and has incurred the following damages:

1) Economic damages;
2) Mental Anguish
3) Exemplary damages;
4) Pre and post-judgment interest; and
5) Court fees and costs.

## VII. ATTORNEY'S FEES

15. Plaintiff is entitled to recover reasonable and necessary attorney's fees under the Texas Civil Practice and Remedies section 38.001.

## VIII. PRAYER

Plaintiff respectfully prays that Defendant LINCOLN be cited to appear and answer herein, the Court enter judgment, after a trial on the merits, against Defendant LINCOLN for its wrongful conduct for all damages Plaintiff is entitled to recover under the law and as pled, and that on final trial judgment be granted as requested herein and Plaintiff be awarded costs and reasonable and necessary attorney's fees, and for such other and further relief that may be awarded at law or in equity.

Respectfully submitted,

THE LARKIN LAW FIRM, P.C.

By:______________________________
Patrick B. Larkin
Texas Bar No. 24013004
plarkin@larkin-law.com
11200 Broadway, Suite 2705
Pearland, Texas 77584
Tel. (281) 412-7500
Fax. (281) 412-7502

Attorney for Plaintiff
Timothy Fox

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER (*FOR CLERK USE ONLY*): 98533-CV COURT (*FOR CLERK USE ONLY*): ______________

STYLED Timothy Fox v. The Lincoln National Insurance Company

(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

**1. Contact information for person completing case information sheet:**

Name: Patrick B. Larkin

Email: plarkin@larkin-law.com

Address: 11200 Broadway #2705

Telephone: 281-412-7500

City/State/Zip: Pearland, Texas 77584

Fax: 281-412-7502

Signature: [signature]

State Bar No: 24013004

**Names of parties in case:**

Plaintiff(s)/Petitioner(s): Timothy Fox

Defendant(s)/Respondent(s): The Lincoln National Life Ins. Company

[Attach additional page as necessary to list all parties]

**Person or entity completing sheet is:**

☒ Attorney for Plaintiff/Petitioner
☐ *Pro Se* Plaintiff/Petitioner
☐ Title IV-D Agency
☐ Other: ______

Additional Parties in Child Support Case:

Custodial Parent: ______

Non-Custodial Parent: ______

Presumed Father: ______

**2. Indicate case type, or identify the most important issue in the case (*select only 1*):**

***Civil***

**Contract**

*Debt/Contract*
☐ Consumer/DTPA
☐ Debt/Contract
☐ Fraud/Misrepresentation
☐ Other Debt/Contract: ______

*Foreclosure*
☐ Home Equity—Expedited
☐ Other Foreclosure
☐ Franchise
☒ Insurance
☐ Landlord/Tenant
☐ Non-Competition
☐ Partnership
☐ Other Contract: ______

**Injury or Damage**

☐ Assault/Battery
☐ Construction
☐ Defamation
*Malpractice*
☐ Accounting
☐ Legal
☐ Medical
☐ Other Professional Liability: ______
☐ Motor Vehicle Accident
☐ Premises
*Product Liability*
☐ Asbestos/Silica
☐ Other Product Liability List Product: ______
☐ Other Injury or Damage: ______

**Real Property**

☐ Eminent Domain/ Condemnation
☐ Partition
☐ Quiet Title
☐ Trespass to Try Title
☐ Other Property: ______

**Related to Criminal Matters**

☐ Expunction
☐ Judgment Nisi
☐ Non-Disclosure
☐ Seizure/Forfeiture
☐ Writ of Habeas Corpus—Pre-indictment
☐ Other: ______

**Employment**

☐ Discrimination
☐ Retaliation
☐ Termination
☐ Workers' Compensation
☐ Other Employment: ______

**Other Civil**

☐ Administrative Appeal
☐ Antitrust/Unfair Competition
☐ Code Violations
☐ Foreign Judgment
☐ Intellectual Property
☐ Lawyer Discipline
☐ Perpetuate Testimony
☐ Securities/Stock
☐ Tortious Interference
☐ Other: ______

***Family Law***

**Marriage Relationship**

☐ Annulment
☐ Declare Marriage Void
*Divorce*
☐ With Children
☐ No Children

**Post-judgment Actions (non-Title IV-D)**

☐ Enforcement
☐ Modification—Custody
☐ Modification—Other

**Title IV-D**

☐ Enforcement/Modification
☐ Paternity
☐ Reciprocals (UIFSA)
☐ Support Order

**Other Family Law**

☐ Enforce Foreign Judgment
☐ Habeas Corpus
☐ Name Change
☐ Protective Order
☐ Removal of Disabilities of Minority
☐ Other: ______

**Parent-Child Relationship**

☐ Adoption/Adoption with Termination
☐ Child Protection
☐ Child Support
☐ Custody or Visitation
☐ Gestational Parenting
☐ Grandparent Access
☐ Parentage/Paternity
☐ Termination of Parental Rights
☐ Other Parent-Child: ______

Filed for Record
9/5/2018 12:59 PM
Rhonda Barchak, District Clerk
Brazoria County, Texas
98533-CV
Lauren Alesna, Deputy

**Tax**

☐ Tax Appraisal
☐ Tax Delinquency
☐ Other Tax

***Probate & Mental Health***

*Probate/Wills/Intestate Administration*
☐ Dependent Administration
☐ Independent Administration
☐ Other Estate Proceedings
☐ Guardianship—Adult
☐ Guardianship—Minor
☐ Mental Health
☐ Other: ______

**3. Indicate procedure or remedy, if applicable (*may select more than 1*):**

☐ Appeal from Municipal or Justice Court
☐ Arbitration-related
☐ Attachment
☐ Bill of Review
☐ Certiorari
☐ Class Action
☐ Declaratory Judgment
☐ Garnishment
☐ Interpleader
☐ License
☐ Mandamus
☐ Post-judgment
☐ Prejudgment Remedy
☐ Protective Order
☐ Receiver
☐ Sequestration
☐ Temporary Restraining Order/Injunction
☐ Turnover

**4. Indicate damages sought (*do not select if it is a family law case*):**

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100, 000 but not more than $200,000
☒ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000