Filed for Record
9/5/2018 12:59 PM
Rhonda Barchak, District Clerk
Brazoria County, Texas
98533-CV
Lauren Alesna, Deputy

**BRAZORIA COUNTY DISTRICT CLERK**
**RHONDA BARCHAK**

**Process Request**

# Please Print All Information Clearly & Neatly

**Cause No.** 98533-CV For each party served you must furnish 1 copy of the document(s).

**DOCUMENT(S) TO BE SERVED** Plaintiff's Orginal Petition

**Name/Business to be Served:**

1. Name Secretary of State of Texas
   Registered Agent (if applicable)____
   Address P.O. Box 12079
   City, State, Zip Austin, Texas 78711-2079
2. Name ____
   Registered Agent (if applicable)____
   Address____
   City, State, Zip____

**Service By (check one)**

___Sheriff
✓ Certified Mail **Check One:** ___Restricted Delivery X Non-Restricted Delivery
___Pickup by whom:____
___Return by mail to: ____
___Return by e-mail to (**Provide e-mail address):**____
___Citation by Publication (**Please fill out the box below**)
___Citation by Posting at Courthouse Door (**Please fill out the box below**)

☐ Divorce/Family Citation with or without Children
Name and Address of Publication: ____
Relief Request Required:____
Date of Birth/Place of Birth for Each Child Required:____

☐ Civil
**As per TRCP 115, attach legal description of property if applicable and state relief requested
Name and Address of Publication:____
Relief Request Required:____
Property Description:____

Notes: ____

**Service Requested by:**

Name Patrick. B. Larkin (Printed name) [signature] (Signature)

EXHIBIT
3

Phone No. (281) 412-7500 Email plarkin@larkin-law.com

FILED at 10:29 o'clock A M.
SEP 07 2018
Rhonda Barchak
Clerk of District Court Brazoria Co., Texas
BY ____ DEPUTY

Filed for Record
9/5/2018 12:59 PM
Rhonda Barchak, District Clerk
Brazoria County, Texas
98533-CV
Lauren Alesna, Deputy

**BRAZORIA COUNTY DISTRICT CLERK**
**RHONDA BARCHAK**
Amended
**Process Request**

# Please Print All Information Clearly & Neatly

**Cause No.** 98533-CV For each party served you must furnish 1 copy of the document(s).

**DOCUMENT(S) TO BE SERVED** Plaintiff's Original Petition

**Name/Business to be Served:**

1. Name Secretary of State of Texas
   Registered Agent (if applicable) ____
   Address P.O. Box 12079
   City, State, Zip Austin, Texas 78711-2079

2. Name The Lincoln National Life Insurance Company
   Registered Agent (if applicable) ____
   Address 8801 Indian Hills Drive
   City, State, Zip Omaha Nebraska 68114-4066

**Service By (check one)** - per Attorney's office

___Sheriff
✓ Certified Mail **Check One:** ____Restricted Delivery X Non-Restricted Delivery
___Pickup by whom: ____
___Return by mail to: ____
___Return by e-mail to (**Provide e-mail address**): ____
___Citation by Publication (**Please fill out the box below**)
___Citation by Posting at Courthouse Door (**Please fill out the box below**)

☐ Divorce/Family Citation with or without Children
Name and Address of Publication: ____
Relief Request Required: ____
Date of Birth/Place of Birth for Each Child Required: ____

☐ Civil
**As per TRCP 115, attach legal description of property if applicable and state relief requested
Name and Address of Publication: ____
Relief Request Required: ____
Property Description: ____

Notes: ____

**Service Requested by:**

Name Patrick. B. Larkin (Printed name) Signature [signature]

Phone No. (281) 412-7500 Email plarkin@larkin-law.com

Revised 07-26-2018

**CAUSE NO. 98533-CV**
**149th District Court**

THE STATE OF TEXAS CITATION

TO: **The Lincoln National Life Insurance Company**
**By Serving Secretary of State of Texas:**
**P.O. Box 12079**
**Austin, Texas 78711-2079**
**8801 Indian Hills Drive**
**Omaha, Nebraska 68114-4066**

Defendant

FILED at 11:00 o'clock A M.
SEP 07 2018
Clerk of District Court Brazoria Co., Texas
BY________________ DEPUTY

NOTICE:

You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the Clerk who issued this Citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this **Citation** and **Plaintiff's Original Petition** a Default Judgment may be taken against you. If filing Pro Se, said answer may be filed by mailing same to: Brazoria County District Clerk's office, 111 E. Locust, Room 500, Angleton, TX 77515-4678 or by bringing said answer in person to the aforementioned address.

The case is presently pending before the **149th District Court** of Brazoria County sitting in Angleton, Texas, and was filed on the **5th day of September, 2018.** It bears Cause No. **98533-CV** and Styled:

**Timothy Fox**
**vs.**
**The Lincoln National Life Insurance Company**

The name and address of the Attorney filing this action, (or Party, if Pro Se) is **Patrick B. Larkin**, **The Larkin Law Firm, P.C., 11200 Broadway, Suite 2705, Pearland, TX 77584.**

The nature of the demands of said Plaintiff is shown by a true and correct copy of Plaintiff's Petition accompanying this Citation.

Issued under my hand and the seal of said Court, at Angleton, Texas, on the **7th day of September, 2018.**

**RHONDA BARCHAK, DISTRICT CLERK**
**Brazoria County, Texas**

By Brandi Anderson, Deputy
Brandi Anderson

DISTRICT COURT ★ BRAZORIA COUNTY, TEXAS

Certified Article Number
9414 7266 9904 2123 6770 58
SENDER'S RECORD

9590 9266 9904 2123 6770 51

**ORIGINAL**

Citation by Secretary of State

**CAUSE No. 98533-CV**

**Timothy Fox vs. The Lincoln National Life Insurance Company**

---

## OFFICER'S RETURN BY MAIL

I hereby certify that on the ______day of __________________, 20____, the Defendant was served by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached thereto. Return receipt attached hereto.

OR

This citation was not executed for the following reason:

______________________________________________

______________________________________________

______________________________________________

RHONDA BARCHAK, DISTRICT CLERK

By ______________________________, Deputy

ATTACH
RETURN
RECEIPT
WITH
ADDRESSEE'S SIGNATURE

Service I.D. No. 126150

**CAUSE NO. 98533-CV**
**149th District Court**

THE STATE OF TEXAS CITATION

TO: **The Lincoln National Life Insurance Company**
**By Serving Secretary of State of Texas:**
**P.O. Box 12079**
**Austin, Texas 78711-2079**
**8801 Indian Hills Drive**
**Omaha, Nebraska 68114-4066**

Defendant

FILED
at 11:00 o'clock A M.
SEP 07 2018
Rhonda Barchak
Clerk of District Court Brazoria Co., Texas
BY________________DEPUTY

NOTICE:

You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the Clerk who issued this Citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this **Citation** and **Plaintiff's Original Petition** a Default Judgment may be taken against you. If filing Pro Se, said answer may be filed by mailing same to: Brazoria County District Clerk's office, 111 E. Locust, Room 500, Angleton, TX 77515-4678 or by bringing said answer in person to the aforementioned address.

The case is presently pending before the **149th District Court** of Brazoria County sitting in Angleton, Texas, and was filed on the **5th day of September, 2018.** It bears Cause No. **98533-CV** and Styled:

**Timothy Fox**
**vs.**
**The Lincoln National Life Insurance Company**

The name and address of the Attorney filing this action, (or Party, if Pro Se) is **Patrick B. Larkin, The Larkin Law Firm, P.C., 11200 Broadway, Suite 2705, Pearland, TX 77584.**

The nature of the demands of said Plaintiff is shown by a true and correct copy of Plaintiff's Petition accompanying this Citation.

Issued under my hand and the seal of said Court, at Angleton, Texas, on the **7th day of September, 2018.**

**RHONDA BARCHAK, DISTRICT CLERK**
**Brazoria County, Texas**

By Brandi Anderson, Deputy
Brandi Anderson

DISTRICT COURT ★ BRAZORIA COUNTY, TEXAS

Certified Article Number
9414 7266 9904 2123 6770 58
SENDER'S RECORD

9590 9266 9904 2123 6770 51

**ORIGINAL**

Citation by Secretary of State

FILED
at 10:56 o'clock A M.

SEP 13 2018

Rhonda Barchak
Clerk of District Court Brazoria Co., Texas
BY________________DEPUTY

**CAUSE No. 98533-CV**

**Timothy Fox vs. The Lincoln National Life Insurance Company**

---

**OFFICER'S RETURN BY MAIL**

I hereby certify that on the 10th day of September, 2018, the Defendant was served by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached thereto. Return receipt attached hereto.

OR

This citation was not executed for the following reason:

________________________________________
________________________________________
________________________________________

RHONDA BARCHAK, DISTRICT CLERK

By Briana Anderson, Deputy

DISTRICT COURT ★ BRAZORIA COUNTY, TEXAS ★

ATTACH
RETURN
RECEIPT
WITH
ADDRESSEE'S SIGNATURE

Return Receipt (Form 3811) Barcode

9590 9266 9904 2123 6770 51

1. Article Addressed to:

Secretary of State of Texas
P.O. Box 12079
Austin, Texas 78711-2079

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2123 6770 58

COMPLETE THIS SECTION ON DELIVERY

A. Signature ☐ Agent
X ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

TX Comptroller Mail

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information

98533-CV 149th District Court

Brandi Anderson

PS Form 3811, Facsimile, July 2015 Domestic Return Receipt

USPS TRACKING #

9590 9266 9904 2123 6770 51

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service®

• Sender: Please print your name, address and ZIP+4® below •

RHONDA BARCHAK
BRAZORIA COUNTY DISTRICT CLERK
111 E LOCUST STE 500
ANGLETON TX 77515-4642

FILED
at 10:56 o'clock A M.
SEP 13 2018
Rhonda Barchak
Clerk of District Court Brazoria Co.
BY

# Track USPS package

9414726699042123677058

Track

USPS package #9414726699042123677058
www.usps.com

## Delivered: Mon, Sep 10, 10:43 AM