**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| TIMOTHY FOX, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:18cv00325 |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| . | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS**

Defendant The Lincoln National Life Insurance Company files this Disclosure Statement and Certificate of Interested Persons, pursuant to Fed. R. Civ. P. 7.1 and shows the Court as follows:

1. The Lincoln National Life Insurance Company's parent corporation is Lincoln National Corporation.
2. Lincoln National Corporation, a publicly held corporation, owns 100% of the stock of The Lincoln National Life Insurance Company.

**Certificate of Interested Persons**

The undersigned counsel of record states to the best of her knowledge that the following is a full and complete list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other legal entities who or that are financially interested in the outcome of this case:

1. Lincoln National Corporation
2. The Lincoln National Life Insurance Company
3. Timothy Fox

4. Law Offices of Iwana Rademaekers, P.C.
5. The Larkin Law Firm, P.C.

Dated this 10th day of October 2018.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
PH: (214) 579-9319
FX: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT
THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Pleading was forwarded by US Priority Mail, delivery confirmation requested, on the 10th day of October 2018 to the following Party:

***Counsel for Plaintiff Timothy Fox***
Patrick B. Larkin
The Larkin Law Firm, P.C.
11200 Broadway, Suite 2705
Pearland, Texas 77584

/ s/ Iwana Rademaekers
Iwana Rademaekers