**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| TIMOTHY FOX, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:18cv00325 |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| | § | |
| . | § | |
| | § | |
| Defendant. | § | |

**JOINT DISCOVERY/CASE MANAGEMENT PLAN**
**under Rule 26(f) of the**
**Federal Rules of Civil Procedure**

**1. State where and when the conference among the parties required by Rule 26(f) of the Federal Rules of Civil Procedure was held, and identify the counsel who attended for each party, including name, address, bar number, phone and fax numbers, and email addresses.**

A conference of the Parties was held on January 9, 2019. The following counsel attended the conference:

**For the Plaintiff:**
Patrick B. Larkin, Attorney in Charge
State Bar of Texas No. 24013004
S.D. of Texas No. 36529
The Larkin Law Firm, P.C.
11200 Broadway, Suite 2705
Pearland, Texas 77584
PH: (281) 412-7500
FX: (281) 412-4502
Email: plarkin@larkin-law.com

**For Defendant:**
Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
Law Offices of Iwana Rademaekers, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

**2. List the cases related to this one that are pending in any state or federal court with the case number and court, and state how they are related.**

None.

**3. Briefly describe what this case is about.**

**Plaintiff's Statement:** Plaintiff sues to recover long-term disability ("LTD") benefits under a welfare benefit plan established and maintained by her former employer Brazoria

County Texas (the "Plan"). Lincoln insures the plan and has denied Plaintiff's long term disability benefits. Plaintiff disputes that determination and seeks to recover LTD benefits and has also asserted claims of breach of duty or good faith and fair dealing and breach of insurance contract, and seeks all economic damages, mental anguish, exemplary damages, pre and post-judgment interest, and attorney's fees and costs.

**Defendant's Statement:** Defendant denies that Plaintiff is entitled to any relief by this action and denies that it violated any statute, law, or any right of or contract with Plaintiff. Alternatively, any recovery by Plaintiff must be reduced by other income earned or other benefits received by Plaintiff, including benefits from the Social Security Administration.

**4. Specify the allegation of federal jurisdiction.**

This Court has jurisdiction of this action pursuant to 28 U.S.C. §1332.

**5. Name the parties who disagree with the plaintiff's jurisdictional allegations and state their reasons.**

None.

**6. List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.**

None at this time.

**7. List anticipated interventions.**

None at this time.

**8. Describe class-action issues.**

None at this time.

**9. State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.**

Both Parties have served their initial disclosures on the opposing party.

**10. Describe the proposed agreed discovery plan, including:**

**a. Responses to all the matters raised in Rule 26(f);**

The parties have exchanged initial disclosures as requested by Rule 26(a) and do not anticipate the need for any special discovery arrangements modifying the local rules or the Federal Rules of Civil Procedure. The parties will discuss a resolution of this case and will agree to a mediation if informal discussions do not result in a settlement.

**b. When and to whom the plaintiff anticipates it may send interrogatories;**

To The Lincoln National Life Insurance Company prior to April 8, 2019.

**c. When and to whom the defendant anticipates it may send interrogatories;**

To Plaintiff prior to April 8, 2019.

**d. Of whom and by when the plaintiff anticipates taking oral depositions;**

Unknown at this time. Plaintiff will be in a better position to make this decision once written discovery is complete.

**e. Of whom and by when the defendant anticipates taking oral depositions;**

None at this time.

**f. (i) the date experts for plaintiff (or party with the burden of proof on an issue) will be designated and their reports provided to opposing party;**

Plaintiff will designate experts on or before August 1, 2019.

**(ii) the date experts for defendant will be designated and their reports provided to opposing party;**

Defendant will designate experts on or before August 15, 2019.

**g. List expert depositions the plaintiff (or party with the burden of proof on an issue) anticipates taking and their anticipated completion date. *See* Rule 26(a)(2)(B) (expert report).**

Plaintiff anticipates taking the depositions of Defendant's experts, if any, within sixty (60) days of their designation.

**h. List expert depositions the defendant (or opposing party) anticipates taking and their anticipated completion date. *See* Rule 26(a)(2)(B) (expert report).**

Defendant anticipates taking the deposition of Plaintiff's expert within sixty (60) days of their designation.

**11. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.**

The parties agree on the discovery plan.

**12. Specify the discovery beyond initial disclosures that has been undertaken to date.**

None.

**13. State the date the planned discovery can reasonably be completed.**

The parties anticipate that discovery can be reasonably completed on or before October 14, 2019.

**14. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in the Rule 26(f) meeting.**

The parties have discussed settlement offers and negotiations are ongoing.

**15. Describe what each party has done or agreed to do to bring about a prompt resolution of this dispute.**

See response to paragraph 14.

**16. From the attorneys' discussion with their client(s), state the alternative dispute resolution techniques that are reasonably suitable.**

The parties believe that non-binding mediation is an appropriate alternative dispute resolution method for resolving this matter if their discussions are not successful.

**17. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.**

All parties do not consent to a trial before a magistrate judge.

**18. State whether a jury demand has been made and if it was made on time.**

No jury demand was made.

**19. Specify the number of hours it will take to try this case (including jury selection, presentation of evidence, counsel's opening statements and argument, and charging the jury).**

The parties anticipate that it will take 2-3 days to present the evidence in this case.

**20. List pending motions that can be ruled on at the initial pretrial conference.**

None.

**21. List other motions pending.**

None.

**22. Indicate other matters peculiar to this case, including but not limited to traditional and electronic discovery issues, that deserve the special attention of the court at the conference.**

None at this time.

**23. Certify that all parties have filed Disclosure of Interested Persons as directed in the Order for Conference and Disclosure of Interested Persons, listing the date of filing for original and any amendments.**

Plaintiff will file the Disclosure by February 4, 2019.
Defendant filed the Disclosure on or about October 10, 2018.

**24. List the names, bar numbers, addresses, email addresses, and telephone numbers of all counsel.**

**For the Plaintiff:**
Patrick B. Larkin, Attorney in Charge
State Bar of Texas No. 24013004
S.D. of Texas No. 35629
The Larkin Law Firm, P.C.
11200 Broadway, Suite 2705
Pearland, Texas 77584
PH: (281) 412-7500
FX: (281) 412-4502
Email: plarkin@larkin-law.com

**Defendant**
Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
Law Offices of Iwana Rademaekers, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
Attorney-in-Charge for Defendants

Dated: January 18, 2019

Respectfully submitted,

By: /s/ Patrick B. Larkin (w/permission)

Patrick B. Larkin, Attorney in Charge
State Bar of Texas No. 24013004
S.D. of Texas No. 35629
The Larkin Law Firm, P.C.
11200 Broadway, Suite 2705
Pearland, Texas 77584
PH: (281) 412-7500
FX: (281) 412-4502
Email: plarkin@larkin-law.com

ATTORNEYS FOR PLAINTIFF

\- AND -

Respectfully submitted,

By: /s/ Iwana Rademaekers

Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANT