**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **TIMOTHY FOX,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:18cv00325** |
| | § | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**PLAINTIFF'S CERTIIFICATE OF INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, TIMOTHY FOX, Plaintiff, in the above styled and numbered cause and certifies that the following persons, firms or other entities have an interest in the outcome of this litigation:

1. Timothy Fox
2. Lincoln National Corporation
3.. The Lincoln National Life Insurance Company
4. The Larkin Law Firm, P.C.
5. Law offices of Iwana Rademaekers, P.C.

Respectfully submitted,
**THE LARKIN LAW FIRM, P.C.**

By:______________________
Patrick B. Larkin
Texas Bar No. 24013004
Federal Bar No. 36529
plarkin@larkin-law.com
11200 Broadway, Suite 2705
Pearland, Texas 77584
Tel. (281) 412 7500
Fax. (281) 412 7502

Attorney for Plaintiff
TIMOTHY FOX

**CERTIFICATE OF SERVICE**

I certify that on this 28th day of January 2019, a true and correct copy of the foregoing instrument was served by ECF, facsimile, email, certified mail/return receipt requested, and/or first-class mail to all counsel of record.

Patrick B. Larkin